UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA WANN, as Personal Representative
of the Estate of M.W.,

    Plaintiff,

vs.                                                 CASE NO.: 8:14-cv-1091-T-EAJ

SLEEP INNOVATIONS, INC.; SLEEP
INNOVATIONS, LLC; WAL-MART
STORES, INC. d/b/a SAM'S CLUB and
SAM'S WHOLESALE CLUB; SAM'S EAST,
INC. d/b/a SAM'S CLUB; SAM'S WEST,
INC. d/b/a SAM'S CLUB; and the ESTATE of
GEORGIA NELSON,

    Defendants.
_____/

**STIPULATION REGARDING PARTY ATTENDANCE
AT MEDIATION CONFERENCE**

    Pursuant to Local Rules 4.15 and 9.05, Plaintiff Melissa Wann, and Defendants Sleep Innovations, Inc., Wal-Mart Stores, Inc., Sam's East, Inc., and Sam's West, Inc., hereby stipulate and agree that a corporate representative of defendants Wal-Mart Stores, Inc., Sam's East, Inc., and Sam's West, Inc. shall not be required to attend the mediation conference, so long as a corporate representative of defendant Sleep Innovations, Inc., with full authority to settle on behalf of all properly served corporate defendants, attends the mediation conference.

37413636.1

Date: December 19 , 2014                     Date: December 19, 2014

*/s/Jaret J. Fuente*                         */s/Sean C. Domnick*
Nancy J. Faggianelli (FBN: 347590)           Sean C. Domnick (FBN: 843679)
Jaret J. Fuente (FBN: 0146773)               Nicole Kruegel (FBN: 102702)
CARLTON FIELDS JORDEN BURT                   DOMNICK LAW FIRM
P.O. Box 3239                                11701 Lake Victoria Gardens Avenue
Tampa, Florida 33601-3239                    Suite 3201
Telephone:(813) 223-7000                     Palm Beach Gardens, FL 33410
Facsimile:(813) 229-4133                     Telephone:(561) 630-5363
Primary: nfaggianelli@cfjblaw.com            Facsimile:(561) 630-5654
Primary: jfuente@cfjblaw.com                 Primary: scd@acallforjustice.com
Secondary: pparrey@cfjblaw.com               Secondary: eservice@acallforjustice.om
Secondary: lvizzi@cfjblaw.com
Secondary: tpaecf@cfdom.net                  *Counsel for Plaintiff*

*Counsel for Defendants Sleep Innovations, Inc., Wal-Mart Stores, Inc., Sam's East, Inc., and Sam's West, Inc.*

37413636.1