UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MELISSA WANN, as Personal Representative
of the Estate of M.W.,

    Plaintiff,

vs.                      CASE NO.: 8:14cv1091-35-EAJ

SLEEP INNOVATIONS, INC.; SLEEP
INNOVATIONS, LLC; WAL-MART
STORES, INC. d/b/a SAM'S CLUB and
SAM'S WHOLESALE CLUB; SAM'S EAST,
INC. d/b/a SAM'S CLUB; SAM'S WEST,
INC. d/b/a SAM'S CLUB; and the ESTATE of
GEORGIA NELSON,

    Defendants.
_____/

## STIPULATION OF DISMISSAL
## OF THE ENTIRE ACTION WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, Plaintiff Melissa Wann, and Defendants Sleep Innovations, Inc., Wal-Mart Stores, Inc., Sam's East, Inc., and Sam's West, Inc., hereby stipulate and agree that the entire action shall be dismissed with prejudice. Each party to bear its own attorneys' fees and costs.

Date: March 18, 2015          Date: March 18, 2015

/s/Jaret J. Fuente                /s/M. Nicole Kruegel
Nancy J. Faggianelli (FBN: 347590)    Sean C. Domnick (FBN: 843679)
Jaret J. Fuente (FBN: 0146773)        M. Nicole Kruegel (FBN: 102702)
CARLTON FIELDS JORDEN BURT    DOMNICK LAW
P.O. Box 3239                          11701 Lake Victoria Gardens Ave.
Tampa, Florida 33601-3239           Suite 3201
Telephone:(813) 223-7000            Palm Beach Gardens, FL 33410
Facsimile:(813) 229-4133             Email: eservice@DomnickLaw.com

Primary: nfaggianelli@cfjblaw.com  NMK@DomnickLaw.com
Primary: jfuente@cfjblaw.com  smk@DomnickLaw.com
Secondary: pparrey@cfjblaw.com
Secondary: lvizzi@cfjblaw.com  *Counsel for Plaintiff*
Secondary: tpaecf@cfdom.net

*Counsel for Defendants Sleep Innovations, Inc., Wal-Mart Stores, Inc., Sam's East, Inc., and Sam's West, Inc.*